1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELI LOPEZ, JR.** )<br>)<br>) | Case No. CIV-09-0443 DAD |
| )<br>**Plaintiff,** )<br>) | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. ) | |
| **MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,** )<br>)<br>)<br>**Defendant.** )<br>) | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from November 20, 2009, to January 4, 2010. This additional extension is required due to plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | Dated: November 20, 2009 | */s/Bess M. Brewer* |
| 2 | | BESS M. BREWER |
| | | Attorney at Law |
| 3 | | Attorney for Plaintiff |

Dated: November 20, 2009        Lawrence G. Brown

Acting United States Attorney

/s/ Theophous Reagans
THEOPHOUS REAGANS
Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: November 25, 2009.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.socsec\lopez0443.stipord.2deot.plt

2