IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELI LOPEZ, JR.,

      Plaintiff,                               No. CIV S-09-0443 DAD

     v.

MICHAEL J. ASTRUE,                 ORDER TO SHOW CAUSE
Commissioner of Social Security,

      Defendant.
_____/

        On September 17, 2009, the court approved the parties' stipulation to extend to November 20, 2009 plaintiff's time to file a motion for summary judgment and/or remand. On November 25, 2009, the court approved the parties' stipulation to further extend plaintiff's time to January 20, 2010. The second extension of time has expired, and plaintiff's motion has not been filed. Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in writing within fourteen days of the date of this order why this case should not be dismissed for lack of prosecution. Failure to <u>timely</u> file the required response will result in dismissal of the action.

DATED: February 9, 2010.

                                              DALE A. DROZD
                                              UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.socsec/lopez0443.osc.ftp