IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELI LOPEZ, JR.,

      Plaintiff,                              No. CIV S-09-0443 DAD

      v.

MICHAEL J. ASTRUE,                    ORDER
Commissioner of Social Security,

      Defendant.

_____/

      In a timely response to the court's February 10, 2010 order to show cause, plaintiff requested leave to file a motion for summary judgment out of time. The motion has now been filed. Good cause appearing, IT IS ORDERED that:

      1. The court's order to show cause (Doc. No. 20) is discharged.

      2. Plaintiff's unopposed request for leave to file a motion out of time is granted, and plaintiff's motion for summary judgment filed February 26, 2010 is deemed timely.

DATED: February 26, 2010.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.socsec/lopez0443.osc.dsch